IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ISIDRO HERNANDEZ,

    Petitioner,               No. CIV S-07-2041 LKK DAD P

    vs.

DERELL ADAMS, et al.,

    Respondents.           ORDER

_____/

        Petitioner, a prisoner currently confined at Corcoran State Prison and proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

        The application attacks a judgement of conviction entered by the Santa Clara County Superior Court. While both the Fresno Division of the United States District Court for the Eastern District of California and the United States District Court for the Northern District of California, the district where petitioner was convicted, have jurisdiction over this action, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Santa Clara County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

/////

1

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's application to proceed in forma pauperis; and

2. This matter is transferred to the United States District Court for the Northern District of California.

DATED: October 11, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD/9/bb
hern2041.108